IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICRO FOCUS (US), INC. and MICRO FOCUS IP DEVELOPMENT LIMITED,<br><br>                     Plaintiffs;<br>v.<br><br>INSURANCE SERVICES OFFICE, INC.,<br><br>                     Defendant. | Civil Action No. 15-252-RGA |

MEMORANDUM ORDER

Defendant moves under Local Rule 7.1.5 for reargument and reconsideration (D.I. 288) of my Memorandum Opinion denying Defendant's motion for summary judgment. (D.I. 286). Defendant's motion raises no change in controlling law, no new evidence, and no clear error of law or fact or manifest injustice. *See Max's Seafood Cafe v. Quinteros*, 176 F.3d 669, 677 (3d Cir. 1999). Instead, Defendant merely "rehashes materials and theories already briefed, argued and decided." *Shering Corp. v. Amgen, Inc.*, 25 F. Supp. 2d 293, 295 (D. Del. 1998). To the extent Defendant has raised issues in its motion for reargument that were not directly addressed in my Memorandum Opinion (D.I. 286), those issues are not dispositive and "would not result in an amendment of an order." *Shering*, 25 F. Supp. 2d at 295.

Defendant's motion for reargument and reconsideration (D.I. 288) is **DENIED**.

IT IS SO ORDERED this 13th day of April, 2022.

                                                  /s/ Richard G. Andrews
                                                  United States District Judge